UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


CORNELIO CARRILLO RIVERA,          )
                                   )   1:07-CV-01184 OWW DLB
                                   )
                Plaintiff,         )
                                   )
         v.                        )   **ORDER DISMISSING ACTION**
                                   )
MICHAEL CHERTOFF, ET.AL,           )
                                   )
                                   )
                Defendant.         )
                                   )
_____    )


        Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

        IT IS HEREBY ORDERED that this matter is dismissed without prejudice.


IT IS SO ORDERED.

**Dated:    September 27, 2007**          _____/s/ Oliver W. Wanger_____
                                          UNITED STATES DISTRICT JUDGE

1